# ATTACHMENT "A"

***Individuals who are parties to the lawsuit and their agents, attorneys, employees, representatives, and insurance providers***

1. A.C., c/o The Stoddard Firm, 1534 N Decatur Road, Atlanta, GA 30307;

2. Counsel for Plaintiff: Matthew Stoddard and Robert F. Noens, The Stoddard Firm, 1534 N Decatur Road, Atlanta, GA 30307;

3. Employees, agents, and representatives of Defendant(s); and

4. Counsel for Defendant(s).

***Non-Parties with knowledge of facts giving rise to Plaintiffs' lawsuit:***

1. Employees, agents, and representatives of Georgia Bureau of Investigation;

2. Employees, agents, and representatives of the City of Atlanta Police Department;

3. Employees, agents, and representatives of the Dekalb County Police Department;

4. Employees, agents, and representatives of the Dekalb County District Attorney's Office;

5. "Paul D. Hearns";

6. "Devin Leonard";

7. Other women trafficked by Paul D. Hearns and Devin Leonard;

8. Contractors that were present at Defendant's hotel.

9. Other Persons listed law enforcement documents.

*Medical providers who rendered treatment to Plaintiff and individuals with knowledge of their injuries and damages*

**A.C.**

1. Plaintiff reserves the right to supplement this response as she learns more information.

2. SonderMind- In Network Mental Healthcare.

*Additional persons with knowledge or information pertinent to this case*

1. All persons identified herein, and in the documents produced herewith, including all individuals listed or identified in the medical records and/or emergency reports.

2. All persons named in Defendant's Initial Disclosures and identified in the documents produced therewith.

3. All persons named in the discovery throughout this litigation.

4. Plaintiff will supplement this section as additional medical records and bills are obtained.

## ATTACHMENT "B"

At this time, Plaintiff has not yet fully identified which person(s) will be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705. Although not specially retained by Plaintiff, her treating medical providers (facilities listed above) may provide opinion testimony regarding the cause of Plaintiff's injuries, the extent of Plaintiff's injuries, Plaintiff's prognosis, Plaintiff's ability to labor, and Plaintiff's future medical care needs. Law enforcement personnel who investigated this incident and/or other complaints at Defendant's facility may qualify as expert witnesses and testify in their areas of expertise.

# ATTACHMENT "C"

Plaintiff is currently in possession of documents from the following sources:

1.	Documents from Dekalb County Superior Court;

2.	DeKalb County tax and property records;

3.	Georgia Secretary of State Records; and

4.	Documents from *C.D., A.M., K.H., T.D., J.H., and A.C. v. Red Roof Inns, Inc.; RRI West Management, LLC; Red Roof Franchising, LLC; RRI III, LLC; and RRI OPCO, LLC; and Red Roof Inns, Inc. v. Best, Inc*.; District Court for the Norther District of Georgia; Civil Action No. 1:23-CV-04347-MHC.

***Plaintiff cautions that some of the records in this case and to be retrieved may not be discoverable as they concern privileged discussions with mental health professionals and Plaintiff urges Defendant(s) to speak with Plaintiff's counsel about the best way to get non-privileged records while still protecting the privilege(s).***

# ATTACHMENT "D"

As a proximate and foreseeable result of the Defendant's conduct, Plaintiff sustained: serious injuries; endured pain and suffering; mental anguish; incurred reasonable, necessary, and continuing medical expenses from the injuries; will continue to incur expenses in the future, in an amount to be proven at trial; and suffered additional damages that will be proven at trial and as permitted under the law. Additionally, as a result of Defendant's conduct, Plaintiff has incurred lost wages and diminished capacity to labor, in an amount to be proven at trial. Plaintiff states their intention to seek all compensatory, special, economic, consequential, general, punitive, and all other damages permissible under the law, including, but not limited to: personal injuries, past, present and future pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, lost wages, economic losses, loss of earning capacity, incidental expenses, past, present and future medical expenses, permanent injuries, attorneys' fees, and consequential damages to be proven at trial.

-End of Document-