IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.C. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 1:24-cv-00291-TWT |
| | : | |
| IMPERIAL INVESTMENTS DORAVILLE, | : | |
| Inc. d/b/a Clarion Hotel f/k/a | : | |
| Comfort Inn | : | |
| | : | |
| Defendant. | : | |

## DISMISSAL WITH PREJUDICE

Plaintiff and Defendant file this stipulation pursuant to Rule 41(a)(1)(A)(ii).

As a result, and because all parties that have appeared in this action stipulate as such,

this civil action is dismissed **with prejudice.**

This 26th day of June, 2024.

| **THE STODDARD FIRM** | **FREEMAN MATHIS & GARY, LLP** |
|---|---|
| _/s/ Matthew B. Stoddard_ | /s/ Jennifer C. Adair (with E.P.) |
| Matthew B. Stoddard | Jennifer C. Adair |
| Georgia Bar No. 558215 | Georgia Bar No. 001901 |
| Robert F. Noens | **Attorneys for Defendant** |
| Ga. Bar No.: 193846 | 100 Galleria Parkway, Suite 1600 |
| **Attorneys for Plaintiff** | Atlanta, Georgia 30339 |
| 1534 N. Decatur Road | T: (770) 818-0000 |

Atlanta, Georgia 30307
PHONE: (470) 467-2200
FAX: (470) 467-1300
matt@legalhelpga.com
robert@legalhelpga.com

Fax: (770) 937-9960
 jadair@fmglaw.com

**CERTIFICATE OF COMPLIANCE & SERVICE**

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendant**
Jennifer A. Adair
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Ste. 1600
Atlanta, Ga 30339
jadair@fmglaw.com

This 26th day of June, 2024.

*/s/ Matthew B. Stoddard*
Matthew B. Stoddard, Esq.